**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ALEXIS MARIE WOODWARD** **PLAINTIFF**

**v.** **Case No. 4:26-cv-00715-JM**

**SARAH HUCKABEE SANDERS** **DEFENDANT**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 15th day of October, 2026

UNITED STATES DISTRICT JUDGE